**Roger Lewis JENAN, Plaintiff–Appellant,**

**and**

**Alan D. Jenan, Plaintiff,**

**v.**

**Michael L. ERWIN; et al., Defendants—Appellees.**

No. 04–15779.

D.C. No. CV–03–06425–REC.

United States Court of Appeals, Ninth Circuit.

Submitted March 23, 2005.[*]

Decided April 11, 2005.

Roger Lewis Jenan, Visalia, CA, pro se.

James P. Hurlbutt, Visalia, CA, for Defendants–Appellees.

Before B. FLETCHER, TROTT, and PAEZ, Circuit Judges.

---

[*] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM**

Roger Lewis Jenan appeals pro se the district court's order dismissing, for lack of subject matter jurisdiction, his 42 U.S.C. § 1983 action alleging that the defendants violated his patent rights in real property by conducting a non-judicial foreclosure of a deed of trust in the property and subsequently pursuing an unlawful detainer action in state court. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo. *Bianchi v. Rylaarsdam,* 334 F.3d 895, 898 (9th Cir.2003). We affirm.

The district court properly concluded that it lacked subject matter jurisdiction over Jenan's claims involving a federal land patent. *See Virgin v. County of San Luis Obispo,* 201 F.3d 1141, 1143 (9th Cir. 2000) (per curiam). The district court also properly found that it lacked subject matter jurisdiction over Jenan's constitutional claims pursuant to the *Rooker–Feldman* doctrine as those claims are "inextricably intertwined" with review of a state court decision on issues which were fully and fairly litigated in that forum. *See Doe & Assocs. Law Offices v. Napolitano,* 252 F.3d 1026, 1029 (9th Cir.2001).

We deny appellees' request for sanctions without prejudice to filing of a separate motion pursuant to Fed. R.App. P. 38 and 9th Cir. Rule 39–1.

We deny all remaining outstanding motions.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).